

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-13-00326-CR & 04-13-00327-CR

Christopher Hughes **LAMAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR5013 & 2012CR5014
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we REFORM the judgment in cause number 2012-CR-5013 to accurately reflect April 22, 2013 as the date of judgment. As reformed, the judgments of the trial court are AFFIRMED.

SIGNED July 30, 2014.

_____
Rebeca C. Martinez, Justice